UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY J. THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL ACTION NO. 4:24-CV-01077<br><br>(MEHALCHICK, J.) |

# ORDER

**AND NOW,** this 28th day of August, 2025, **IT IS HEREBY ORDERED THAT**, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, the Report and Recommendation(Doc. 20) is **ADOPTED IN ITS ENTIRETY** as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**, and the clerk of court is directed to enter judgment in the Commissioner's favor and **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**